IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEVORY W. HICKMON,
              Petitioner,

vs.                               CASE NO. 4:07cv183-SPM/WCS

JAMES MCDONOUGH,
              Respondent.
_____/

## ORDER

THIS CAUSE comes before the Court for consideration of the magistrate judge's report and recommendation dated May 16, 2007 (doc. 4).  Petitioner  has been afforded  an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.  Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.      The magistrate judge's report and recommendation (doc. 4) is ADOPTED and incorporated by reference in this order.

2.      This case is transferred to the United States District Court for the Middle District of Florida for all further proceedings.

DONE AND ORDERED this 21st day of June, 2007.

                    _s/ Stephan P. Mickle_____

                    Stephan P. Mickle
                    United States District Judge